No. 548. WILLIAM A. ZEIDLER *v.* UNITED STATES. November 23, 1926. Petition for a writ of certiorari

to the Court of Claims denied. *Messrs. Joseph W. Cox, Archibald Cox,* and *O. Ellery Edwards* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Galloway,* and *Messrs. Harry E. Knight,* and *Manuel Whittemore* for the United States.